# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-2830
_____

Uaron Mason

*Plaintiff - Appellant*

v.

Edward Harrison, Director, National Commission on Correctional Healthcare; Ray Hobbs, Director, Arkansas Department of Correction; Clinton Baker, Sergeant, Grimes Unit, Arkansas Department of Correction

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville
_____

Submitted: January 30, 2015
Filed: February 10, 2015
[Unpublished]
_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Uaron Mason appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful consideration of Mason's arguments and a de novo review of the record, we conclude that summary judgment was properly granted for the reasons stated by the district court. See Mack v. Dillon, 594 F.3d 620, 622 (8th Cir. 2010) (per curiam) (standard of review). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B. Mason's motion to produce evidence is denied.

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.